IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD MERKEL,

        Plaintiff,

  v.

JOANNE B. BARNHART,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

        Defendant.

Civil Action No. 03-6503

# ORDER

September 30, 2005

    Upon consideration of the parties' cross-motions for summary judgment, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, it is hereby ORDERED that:

    1.    The Report and Recommendation is APPROVED and ADOPTED.
    2.    The Plaintiff's Motion for Summary Judgment is Denied.
    3.    The Defendant's Motion for Summary Judgment is Granted.[1]

---

[1] This case is a close one. But, on the record taken as a whole, I agree with Judge Caracappa that substantial evidence supports the Commissioner's decision.

BY THE COURT:

_____
LOUIS H. POLLAK         J.